■ BOTTOM LINE REALTY CORP., Respondent, v MICHELLE EDELSTEIN et al., Appellants. [639 NYS2d 734]

The order dated April 5, 1995, which directed a hearing to determine the appellants' motion to vacate a default judgment, did not decide the motion and did not affect a substantial right (see, CPLR 5701 [a] [2] [v]). Since the order dated June 22, 1995, merely adhered to the court's prior determination, it is not appealable as of right, and the appeal is dismissed. Mangano, P. J., Thompson, Friedmann, Florio and McGinity, JJ., concur.